IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-60467-CIV-HURLEY/HOPKINS

BARRY BASSINGTHWAIGTHE,

        Plaintiff,

vs.

KOREAN AIR and DELTA AIR LINES, INC.,

        Defendant(s).
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

All matters and things in dispute between Plaintiff, BARRY BASSINGTHWAIGTHE, and Defendant, KOREAN AIR LINES CO., LTD. (sued herein as "Korean Air," and hereinafter, "KAL") (collectively, the "Parties"), hereto having been resolved, it is:

**STIPULATED and AGREED** by the Parties as follows:

1.    Plaintiff's action shall be dismissed with prejudice as to all claims against Defendant KAL.

2.    Each Party shall bear its own attorneys' fees and costs.

3.    This Court shall retain jurisdiction to enforce the terms of the settlement.

<table>
<tr><td>

Dated: January 17, 2008

 __/s/ John M. Kottzker_____
**JOHN M. KOTZKER**
Fla. Bar No. 020362
**KOTZKER/SHAMY P.L.**
2724 West Atlantic Boulevard
Pompano Beach, Florida 33069
john@kotzker-shamy.com
Phone: (954) 956-7676
Fax: (954) 956-9995
**Counsel for Plaintiff,**
**Barry Bassingthwaigthe**

</td><td>

Dated January 17, 2008

 ___/s/ John M. Murray_____
**JOHN M. MURRAY**
Fla. Bar No. 157325
jmurray@mmhlaw.com
**CHRISTOPHER E. DORAN**
Fla. Bar No. 137022
cdoran@mmhlaw.com
**MURRAY, MARIN & HERMAN, P.A.**
101 E. Kennedy Blvd., Suite 1810
Tampa, Florida 33602
Phone: (813) 222-1800
Fax: (813) 222-1801

-and-

**ANDREW HARAKAS**
**CLYDE & CO US LLP**
405 Lexington Avenue
New York, NY 10174
(212) 710-3900
**Counsel for Defendant KAL**

</td></tr>
</table>